IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:12-cv-23811

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

        Plaintiffs,

vs.

STRIDE RITE CHILDREN'S GROUP, LLC,

        Defendant.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, ArrivalStar S.A. and Melvino Technologies Limited, hereby notify this Court and the Defendant, that they voluntarily dismiss, **with prejudice**, all claims against Defendant, with each party to bear its own costs and attorneys' fees.

Dated: December 21, 2012.                        Respectfully submitted,

                                                   /s/ William R. McMahon
                                                   William R. McMahon, Esquire
                                                 Florida Bar Number: 39044
                                                 McMahon Law Firm, LLC
                                                 11435 West Palmetto Park Road
                                                 Suite E
                                                 Boca Raton, Florida 33428
                                                 Telephone: 561-218-4300
                                                 Facsimile: 561-807-5900
                                                 Email: bill@mlfllc.com
                                                 **Counsel for Plaintiffs**